UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                              :
UNITED STATES OF AMERICA,                                     :
                                                              :    **ORDER GRANTING BAIL**
    -against-                              :    **APPLICATION**
                                                              :
JOEL CABRERA,                                                 :    20 Cr. 172 (AKH)
                                                              :
        Defendant.    :
                                                              :
------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

    Defendant Joel Cabrera seeks bail in light of the spread of COVID-19. Defendant is uniquely at risk for severe complications from COVID-19 because of obesity and obesity-related respiratory problems. Notwithstanding the serious nature of Defendant's alleged conduct and the fact that he previously violated conditions of his release, I find that he does not pose a danger of flight and that he will not pose a danger to the community.

    For these reasons, Defendant's application for bail is granted. I impose all of the conditions previously imposed, *see* ECF No. 4, with the following modifications:

1. Defendant is directed to self-quarantine in his mother's home, located at ███████████████████████████████████, for 14 days following his release. During this time, Defendant shall be subject to monitoring at the following telephone number: ███████.

2. On the tenth day of such self-quarantine, Defendant shall call Pretrial Services to report his condition and to schedule an appointment for the placement of location-monitoring equipment.

I admonish Defendant that any violation of the conditions of bail will be viewed harshly by the Court.

SO ORDERED.

Dated: April 3, 2020
New York, New York

_____
ALVIN K. HELLERSTEIN
United States District Judge