```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
UNITED STATES OF AMERICA,                                      :
                                                               :     **ORDER**
        -against-                                              :
                                                               :     20 Cr. 172 (AKH)
JOEL CABRERA,                                                  :
                                                               :
                                Defendant.                     :
                                                               :
-------------------------------------------------------------- X
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

        Conditions 1, 2 and 3 set out in the letter motion of the Government dated April 7, 2020 (ECF No. 22) are accepted, to the extent not already provided by my order setting out the terms of release, dated April 3, 2020 (ECF No. 21). I decline to accept condition 4. Defendant will be released upon the filing of a bond by each of the two financially responsible persons, in form and substance satisfactory to Pre-Trial Services, and the filing by defense counsel of representations that he has explained to defendant, and to the two signers of the bond, and that defendant and they understand, the terms of the instruments that they are signing, and the consequences of breach. Defense counsel shall represent also that he has explained to defendant, and that defendant understands, all the terms and conditions of defendant's release, and of the court's orders providing for such release, and the consequences of breach and violation.

        SO ORDERED.

Dated:    April 7, 2020                         /s/ Alvin K. Hellerstein
            New York, New York          ALVIN K. HELLERSTEIN
                                                     United States District Judge