```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
 UNITED STATES OF AMERICA,              :
                                        :
               -v-                      :        20cr172 (DLC)
                                        :
 JOEL CABRERA,                          :             ORDER
                                        :
                    Defendant.          :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On August 21, 2020, this case was reassigned from the

Honorable Alvin Hellerstein to this Court.  Accordingly, it is

hereby

ORDERED that the conference that was originally scheduled

for August 31, 2020 will be conducted jointly with the telephone

conference on **August 28** at **10:00 a.m.** in U.S. v. Reynoso-Hiciano

et al, 20cr388.

Dated:    New York, New York
          August 21, 2020

_____
          DENISE COTE
United States District Judge