```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    20cr00172(DLC)
UNITED STATES OF AMERICA,                :
                                         :        ORDER
              -v-                        :
                                         :
JOEL CABRERA a/k/a "Gordo," a/k/a        :
"Oso,"                                   :
                        Defendant.       :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

An Order dated October 9, 2020, granted the parties' request to consolidate for trial the above-captioned case with <u>United States of America v. Reynoso-Hiciano, et al.</u>, 20cr388.

Criminal jury trials have resumed in the Southern District of New York. Jury trials are being conducted in compliance with the safety procedures implemented in this district. In order to comply with those safety procedures, jury trials require complex planning and coordination. This district is currently planning to accommodate criminal jury trials that should occur between January and March 2021.

The trial date in this case is scheduled to occur on **March 1, 2021**. Should the defendant wish to resolve the charges by entering a plea of guilty, he should confer with the Government and arrange with the Court to enter a plea no later than three weeks before the date scheduled for trial. It is hereby

ORDERED that defense counsel shall advise the Court by **November 6, 2021** whether the defendant currently intends to proceed to trial.

Dated:  New York, New York
        October 16, 2020

                                    _____
                                           DENISE COTE
                                    United States District Judge