```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :    20cr172(DLC)
                                         :    20cr388-2(DLC)
            -v-                          :
                                         :         ORDER
JOEL CABRERA,                            :
                                         :
                  Defendant.             :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

A sentencing is scheduled to occur on **May 21, 2021** at **11:00 AM**.  The defendant is incarcerated.  Due to the COVID-19 pandemic, the defendant may have the option of appearing in court or through a videoconference.  If, due to the increase in demand for videoconference proceedings, a videoconference is not available it may be possible to arrange for a telephone conference.  Accordingly, it is hereby

ORDERED that defense counsel shall respond to the following two questions by **5:00 PM** on **May 13, 2021:**

1) Does the defendant consent to have the proceeding occur as a videoconference?

2) If a videoconference is unavailable, does the defendant consent to have the proceeding occur as a telephone conference?

If the defendant consents to either option, please complete and file on ECF the written consent form attached to this Order if it is feasible to do so.

Dated:   New York, New York
         April 26, 2021

                                    _____
                                            DENISE COTE
                                    United States District Judge