Law Office of Robert Osuna, PC
11 Park Place, Suite 1100
New York, New York 10007
212.233.1033 telephone
646.201.4495 facsimile
Robertosuna.com

Via ECF

May 7, 2021

**MEMO ENDORSEMENT**

The Honorable Denise L. Cote
United State District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 100907

**Re:** **United States v. Joel Cabrera, 20 Cr. 172 (DLC)**   20 Cr. 388-2 (DLC)
 **First request to adjourn sentencing.**

Dear Judge Cote,

    I submit this letter as a first request to adjourn my clients sentence now scheduled for May 21, 2021.

    I have received the final Pre-Sentence Report, but I require additional time to review it with my client. I am also waiting for additional documents and materials from my client's family to submit in my Pre-Sentence memorandum.

    Respectfully I am requesting a date in late June 2021.

    I thank the Court for its attention to this matter.

Sincerely,

/s/

Law Office of Robert Osuna. PC
By:   Robert Osuna, Esq.

The Request to adjourn is DENIED. Defense submissions previously due May 7 are now due May 14. Government submissions are due May 17.

SO ORDERED
May 10, 2021

_____
DENISE COTE
United States District Judge